## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. JAMES JOE NAVA, Defendant.

### DECISION

No. DC-82-328

The application of the above-named defendant for a review of the sentence of 11 years on each count of aggravated assault and two years for use of a weapon; all to be served concurrently imposed on February 25, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to eleven years on each of two counts of Aggravated Assault, to be served concurrently, plus an additional two years for the use of a weapon, to be served consecutively to the Aggravated Assault charges. The Defendant shall be designated as NON-DANGEROUS for parole eligibility.

Reasons for the amended sentence are:

(1) The statute requires that an additional sentence for offenses committed with a dangerous weapon shall run consecutively to the sentence provided for the offense,

(2) the serious nature of the crime, and

(3) the extensive past criminal history of the Defendant.

We wish to thank Dave Hoffman of the Montana Defender project for his assistance to the Defendant and to this Court.

DATED this day 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. PETER PAUL MADDUX, Defendant.

### DECISION

No. DC-78-221

The application of the above-named defendant for a review of the sentence of 15 years imposed on February 5, 1979, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that the sentence imposed was appropriate under all the cir-

cumstances that were considered.

We wish to thank Dave Wysoski of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. DENNIS ARTHUR HENMAN, Defendant.

DECISION

No. 2703

The application of the above-named defendant for a review of the sentence of 15 years imposed on May 17, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 15 years with 5 years suspended; and a NON-DANGEROUS designation. The Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

This Board finds that the sentence given was excessive in view of the recommendation of the Yellowstone County Attorney's Office and the Plea Bargain Recommendation. An Offer of Proof was prepared by the Deputy County Attorney which recommended a 10 year sentence.

We wish to thank Jeff Tanzer of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. GERALD LEE KLINE , Defendant.

DECISION

No. DC-83-037

The application of the above-named defendant for a review of the sentence of 20 years with 10 years suspended imposed on June 3, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.